Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of New York

_____ Division

|  |  |
|---|---|
| Diamond Bussey 22B0119 | Case No. 23 CV 247-JLS |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| Shawn Moore 4568, Joseph Judd 4313 | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Diamond Bussey
Street Address       1879 Davis Street
City and County      Elmira, Ch
State and Zip Code   New York  14902-0500
Telephone Number
E-mail Address

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

    Name — Shaun Moore 4568

    Job or Title *(if known)* — Monroe County Sheriff Officer/Deputy

    Street Address — 130 South Plymouth Avenue

    City and County — Rochester, Monroe

    State and Zip Code — New York 14614

    Telephone Number — (585) 753-4178

    E-mail Address *(if known)* —

**Defendant No. 2**

    Name — Joseph Judd

    Job or Title *(if known)* — Monroe County Sheriff Officer/Deputy

    Street Address — 130 South Plymouth Avenue

    City and County — Rochester, Monroe

    State and Zip Code — New York 14614

    Telephone Number — (585) 753-4178

    E-mail Address *(if known)* —

**Defendant No. 3**

    Name —

    Job or Title *(if known)* —

    Street Address —

    City and County —

    State and Zip Code —

    Telephone Number —

    E-mail Address *(if known)* —

**Defendant No. 4**

    Name —

    Job or Title *(if known)* —

    Street Address —

    City and County —

    State and Zip Code —

    Telephone Number —

    E-mail Address *(if known)* —

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

USCA CONST Amend. VIII, Due process V$^{th}$ and XIV$^{th}$ Amend., USCA CONST Amend IV

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See attachment (Also see County Court Claim) Investigation was made!*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See attachment (Also see, Exibits A,B,C,*

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     3/13/23

Signature of Plaintiff

Printed Name of Plaintiff     Diamond Bussey

### B.     For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## Relief

Prior to the unlawful arrest, I was R.O.R. by judge Miller pending sentencing. Due to the defendants actions, I was deprived of precious time to be with my daughter and to get my affairs in order before I was to be sentenced. Had these officers not arrested me on 3/25/20, I would have remained free until the day of sentencing (12/21/21).

At sentencing I was given an enhanced sentence because because of the defendant's unlawful arrest and the malicious prosecution that followed.

Also, I was not able to ask for immediate release in a State Habaes Corpus because I had these frivolous charges pending from 3/26/20 until 11/22/22, without one single court appearance.

Due to deputy Shawn Moore and deputy Joseph Judd actions, they are responsible for the loss of relationship with my daughter, loss of wages, pain and suffering, loss of freedom, and damage to my reputation just to name a few.

I'm seeking compensatory damages in the amount of $500,000.00 per defendant and $750,000.00 in punitive damages per defendant.

# State Ment of Claim

This Claim is based on an incident that occured on March 25, 2020 at approximately 11:15pm, at 204 Crown Oak Drive in Penfield New York.

I was targeted by deputy Shaun Moore and deputy Joseph Judd both who are members of the Monroe County Sheriff's Office. Deputy Moore used excessive force to falsely arrest without any probable cause. Admitting in his incident report that his only reason for approaching me was because he didn't recognize me or my vehicle from the area.

Against my will, I was taken to a place called A-Zone where I was forced at gun point to sign a statement. I was told that once I sign it I could leave with my brother (who was told by the officers to wait in the parking lot for my release). Once I sign the statement Officer Joseph Judd immediately laugh at me and say I'm not being released.

Then the officer's forces me into a court room at 1:30 in the morning without my lawyer, no prosecutor, just judge Paula Metzler. Whom without any jurisdiction, remanded me to Monroe County Jail, no bail no release. Where I was held for years without a court date/court appearence (3/26/20)–(11/22/22).

# Exhibit A

## NOTICE OF CLAIM AGAINST THE COUNTY OF MONROE

Please follow the Notice of Claim Instructions for the delivery of this Notice of Claim.

## PERSONAL INFORMATION

Name Diamond Bossey

Address 130 S. Plymouth Ave, Rochester, NY. 14614

Home Phone _____ Work Phone _____ Mobile Phone _____

## ATTORNEY'S INFORMATION

Name Pro Se

Address _____

Office Phone _____ Mobile Phone _____

## INCIDENT/ACCIDENT DETAILS

Date of Incident 3/25/20    Time of Incident 11:00 pm - 11:30

Place Incident Occurred 204 Crown Oak Drive

## NATURE OF CLAIM

The nature of my claim, and the manner in which it arose are as follows: [Explain in detail.]

This claim is based on an incident that occurred on March 25, 2020 at approximately 11:20 pm. I was subject to a drug investigation (unauthorized). In the process I fled the vicinity of this investigation. Moments later when I thought I was clear, out of the blue A white male dressed in all black attire, spearred me from the back. Shocked, I turn around (still on the ground) to find this guy ~~police~~ (undercover Monroe County Sheriff) with a gun pointed towards me. I was held to Officer Moore showed up (35/45 sec later) who told me to lay face down on the ground, which I did. Next thing I know I have the knee of a out of →

1

breath (Dead weight) 230+ Lb of officer Shaun Moore on the small of my back. Applying a massive amount of force to my spine area, which I complained about and was told "I shouldn't have ran." Once I was booked in Monroe County Jail I complained excessively about the constant pain in my back and was only prescribed Tylenol which did nothing to ease the pain. The pain that I did not have prior to getting that bone jarring tackle, exacerbated by Officer Moore's knee in my spine while I was already disabled by the tackle. Let me not forget, while I was being held by this masked man at gun point, I repeatedly asked "Who are you?" His response was "We're in the dark woods, I will shoot you." I was scared to death, I never experienced nothing like that, I really thought I was about to die.

# NOTICE OF CLAIM AGAINST THE COUNTY OF MONROE

## DAMAGE AND/OR INJURIES

The items of damage and/or injuries that I am claiming are as follows:

As a result of the bone-jarring tackle and the excessive force applied thereafter I have endured extreme pain to my back area and right hip area. Which has caused me to experience difficulties in walking (soreness and stiffness every morning I wake up in my right hip, also damaged nerves going all the way down to my right heel), Sitting (whenever I'm sitting it feels like a bone is about to pop out of my lower back), and Sleeping (I can't find a comfortable position that allows me to fall asleep, I literally have to exaughst myself for 2 days until my body shuts down just to get a good rest. Due to the situation, I've also experienced anxiety, anguish, and paranoia. What really brings tears to my eyes is the dreadful thought that I might not be able to ever work again or play with my newborn without feeling this constant pain. For the physical & mental pain that was unnecessarily inflicted by members of the Monroe County Sheriffs Department, I ask for $1,500,000.00 to be made whole.

**Sworn to before me this** 8th **day of** May 20 22

_____
Notary Public/Commissioner of Deeds

_____
Signature of Claimant

LINDSEY M. PIEPER
Notary Public, State of New York
No. 02P16327315
Qualified in Monroe County
Commission Expires July 6, 2023

2

# Exhibit B

**Monroe County Incident Report**

| | | | | | | |
|---|---|---|---|---|---|---|
| Monroe County Incident Report | 1. Agency Monroe County Sheriff | 2. Zone/Precinct A Zone | 3. Report Date 03/25/2020 | 4. Report Time 2313 | 5. Incident Type Crime | 6. Incident No. 20-053322 |

| 7. Date From 03/25/20 | 8. Time From 2313 | 9. Date To 03/25/20 | 10. Time To 2313 | 11. Dispatched to (Address) Self Initiated | |

| 12. Incident Address (Street, Bldg No, Apt No) 204 Crown Oak Dr, Penfield, NY, 14526 | 13. City, State, Zip C/T/V Penfield, NY, 14526 | 14. Weapon(s) |

**INCIDENT**

| 15. OFF. NO | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Penal | 220.16 | 1 | B | F | 3 | | Criminal Possession of a Controlled Substance | 1 |
| 2 | Penal | 220.16 | 12 | B | F | 3 | | Criminal Possession of a Controlled Substance | 1 |

**VICTIM**

16. Victim Name (V1) NYS
17. (V1) Address (Street, City, State, Zip)
18. Telephone No. W/H/C — A.

19. Date of Birth — | 20 Age | 21. Sex: M/O F / U | 22. Race: White/Black/Indian/Asian/Unk | 23. Ethnic: Hispanic/Non-Hispanic/Unk | 24. Residence Status: Temp. Res-Foreign Nat./Resident/Tourist/Student/Other/Commuter/Military/Homeless/Unk. — B.

25. Victim DID receive information on Victim's Rights and Services pursuant to New York State Law ○ Yes ● No

26. R=Reporting Person  W=Witness  PK=Person w/ Knowledge  NI=Not Interviewed  NO=Interview w/No Information — C.

**ASSOCIATED PERSONS**

| Type/No. | Name (Last, First, Middle) | D.O.B | Sex M/F/U | Race W/B/I A/U | Address | Telephone No. (W/H/C) | |
|---|---|---|---|---|---|---|---|
| PK1 | Clark, William, F. Jr. | 09/09/88 | M | B | 300 Parsells Ave, Rochester, NY. | | E. |
| - | - | | | | | | F. |
| - | - | | | | | | G. |

**SUSPECT/ARRESTED MISSING PERSONS**

27. Type/No A1 | 28. Name (Last, First, Middle) Bussey, Diamond, P. | 29. Alias/Nickname/Maiden "Dice" | 30. Apparent Condition: Impaired Drugs/Mental Dis./Unk./Impaired Alcoh/Inj/Ill ● App. Normal — H.

31. Address 150 VanAuker Street, Rochester, NY, 14608 | 32. Telephone No. W/H/C 585-685-5851 | 33. MoRIS No. 282679 | 34. Employer/School - — I.

35. DOB 06/03/85 | 36. Age 34 | 37. Sex ● M ○ F ○ U | 38. Race ● White/Black/Asian/Indian/Unk | 39. Ethnic Hispanic/Unk ● Non-Hispanic | 40. Build Large/Small ● Medium | 41. Skin color Light ● Dark/Unk/Med/Other | 42 Height 5' 4" | 43. Weight 150 — J.

44. Hair BLK | 45. Eye Color BRO | 46. Glasses Yes ○ Contacts ● No | 47. SMT - | 48. Clothing Description Jeans, shirt, jacket, sneakers. — K.

49. Missing Person Code - | 50. Mother's Maiden Name - | 51. Misc. (School Disc/Place of Birth) - — L.

**PROPERTY**

| 52. V/C/L/D Susp. No. | Property Status | Property/Drug Type TABLE I | Quantity/Measure TABLE II | Color | Make / Model | Serial# / VIN | Description Firearms: Include Caliber/Barrel Length & Finish | TT No. | Value | |
|---|---|---|---|---|---|---|---|---|---|---|
| A1 | 06 | H3 | - | - | - | - | 97 Bags of "FENTANYL" | - | $700.00 | N |
| A1 | 06 | 01 | - | - | - | - | $2,181.00 U.S. Currency | - | $2,181.00 | |
| A1 | 06 | 49 | - | - | - | - | Cellular phone | - | $200.00 | M.O. |

**VEHICLES**

52. Vehicle Status 04 | 54. License Plate JLX-4529 Full ● Partial ○ | 55. Lic. State NY | 56. Exp Yr 2022 | 57. Plate Type - | 58. Value - | 59. Veh Yr. 2011 | 60. Veh Color Blue | Total $3,081.00 — 1.

61. Make Ford | 62. Model Fusion | 63. Style 4DSD | 64. VIN 3FAHP0HAXBR214692 | 65. Inventory Search ● Yes ○ No — 2.

66. Towed By: To - | 67. Working/Recover CR# - | 68. Hold For - | 69. Owner Notified ○ Yes By ○ No | 70. TT Message # - — 3.

**NARRATIVE**

71. On the above date and time I was patrolling the area of 204 Crown Oak Drive. Over the past several months I have been made aware of — 4.

vice related activity taking place at this location, including the sales of illicit narcotics and individuals carrying guns. I have documented — 5.

these allegations on intelligence bulletins and have since been patrolling the area and conducting surveillance. I am aware of the vehicles — 6.

and individuals who I see passing through on a regular basis and I'm familiar with what vehicles belong in the residence parking lot. I — 7.

have also conducted numerous traffic-stops of vehicles leaving the area for V&T violations in an effort to identify those who may be — 8.

False statements made herein are punishable by a Class A Misdemeanor pursuant to the New York State Penal Law — 9.

**ADMINISTRATIVE**

72. Inquiries: ● DMV ● Want/Warrant ○ Scofflaw ● Crim Hist ○ Stolen Property ○ Other ● Tech By: Deputy Ryan Arnold 621A | 73. NYSPIN Message # | 74. Complainant's Signature

75. Reporting Officer's Signature (include Rank) Deputy Shava Moore 622A | 76. ID No A568 | 77. Supervisor's Signature Sgt. S___ | 78. ID No. 3600

79. Status: ○ Field ○ Incident ○ CBI ○ Warrant Advised | Cleared By (check box to right): ○ Arrest-Adult ○ Death of Offender ○ Extradition Denied | ○ Arrest-Juv ○ Vict Refused Coop ○ Unfounded | ○ Pros Declined ○ Juv No Court | 80. Review Date 3 26 20 | 81. Notified / Turned Over To: ** Additional Narrative on Addendum | Page 1 of 3

Monroe County Incident Report                    PB-066-11

# ADDENDUM

A CONTINUATION OF A    Crime    REPORT

| 2. CR # |
|---|
| 20-053322 |

| 3. VICTIM'S NAME (LAST, FIRST, MIDDLE) OR FIRM NAME IF BUSINESS | 4. LOCATION OF INCIDENT (HOUSE NO., STREET, C/T/V) | SEC. | 5. DATE OF INCIDENT |
|---|---|---|---|
| NYS | 204 Crown Oak Dr, Penfield, NY, 14526 | A1 | 03/25/2020 |

**BLOCK NO.**   INDICATE BLOCK LETTER OR NUMBER IN LEFT MARGIN

involved in the above mentioned activity.

On the above date I was conducting surveillance at the location with the assistance of Deputy Judd (623A). 623A and I were parked by Willowpond and Live Oak Ct, just south of the Crown Oak intersection. The area is well lit, allowing me to see the make and color of vehicles passing through. At approximately 2313 I observed a blue Ford Fusion (NYS Reg# JLX-4529, S/V) turn left onto Crown Oak Dr and proceed E/B toward 204 Crown Oak Drive. There appeared to be 2 males inside the S/V. I had not observed this vehicle in the area up to this point and as the S/V proceeded E/B it did slow in a slow, hesitant and deliberate manner, as if they were unfamiliar with the area. Several minutes later 623A and I drove to the area and I observed the S/V parked in front of the 101-104 building. I observed a B/M in the driver seat (later identified as PK1) and I observed another B/M (later identified as A1) loitering in front of 204 Crown Oak Dr. I observed another unidentified male loitering near A1 and the two appeared to be speaking. I walked closer to both of them at which time the unidentified male turned and quickly walked away, it appeared as if the two males may have been involved in a hand-to-hand transaction.

I called out to A1 and asked him to stop, he took off in a sprint E/B holding his right side jacket pocket. I began pursuing A1 on foot E/B through the parking lot and N/B across Rt 441. A1 ran between 2112 and 2108 residence on the north side of Rt 441 and then proceeded E/B behind the homes. A1 began removing blue glassine bags from his right front jacket pocket and throwing them on the ground at the N/W corner of 2112 Penfield Rd, A1 also threw a clear plastic sandwich bag in the same spot. I continued pursuing A1 on foot to the area adjacent to 2108 where A1 slipped and fell to the ground, allowing me to handcuff him without incident. As I was beginning to handcuff A1 he continued throwing more of the same blue glassine bags on the ground near where he was proned out.

I assisted A1 to his feet and secured him in my patrol vehicle. 623A secured PK1 in his patrol vehicle and then assisted me in securing the area where the glassine bags were laying. Deputy Ryan Arnold (621A) accompanied me as from the point of contact (204 Crown Oak Dr) to the point of custody and assisted me in collecting the blue glassine bags. 621A also photographed each bag and the location it was found. Each bag was exactly identical to the other and each bag had fold creases where it had been bundled with the others before being pulled apart by A1. There were a total of 65 blue glassine bags located at the scene. 623A field tested the white powder in these bags and received a positive indication for the presence of fentanyl.

After photographing and collecting all of the bags I returned to the scene and spoke with PK1 who stated that he had no knowledge of what A1 was doing and that he was only asked to provide him a ride to Penfield from the City of Rochester. I released PK1 from the scene. I transported A1 back to A-zone and placed him in interview room #1. A1 stated informed me that he would like to speak about the incident to avoid PK1 (his biological brother) getting in trouble. I read A1 his Miranda warnings at 1238, he acknowledged his rights and waived them. In sum and substance A1 admitted to arriving at the above location to meet with and sell heroin/fentanyl to another male at the location. A1 admits that when he spotted my patrol vehicle and me approaching him, he ran to avoid getting arrested.

Monroe County Sheriff   addendum report

| ADMINISTRATIVE | 6. Inquiries ■DMV ■Want/Warrant □ Scofflaw ■Crim. Hist □Stolen Property □Other □ Tech By: Arnold | 7. NYSPIN Message # | 8. Working Incident No. | 9. Date of Report 03/25/20 | |
|---|---|---|---|---|---|
| | 10. Reporting Officer's Signature (Include Rank) Deputy Shaun Moore  622A | 11. ID No. 4568 | 12. Supervisor's Signature  Sgt. S. Ellis | 13. ID No. 366D | |
| | 14. Status: □Field ⊠Cleared by: (check box to right) □Incident □CBI □Warrant Advised | Cleared by: ⊠Arrest-Adult □Death of Offender □Extradition Denied | □Arrest-Juv □Vict. Refused Coop □Unfounded | □Pros. Declined □Juv No Court | 15. Review Date: 3/22/20 | 16. Notified/Turned Over To |

PAGE 2 OF 3

# Exhibit C

Certificate #: U-000000152-N



# MONROE COUNTY COURT

99 Exchange Blvd, Rochester, NY 14614

**NO FEE**
Non-Public
Version

Court ORI: NY027013J

| The People of the State of New York<br>vs.<br>**Diamond P. Bussey** | **Certificate of Disposition**<br>Docket Number:  **HGJ-70469-20/001** |
|---|---|
| | CJTN:    69330503K<br>NYSID:   01456926M |
| Defendant DOB: **06/03/1985** | Arrest Date: **03/25/2020**    Arraignment Date: |

THIS IS TO CERTIFY that the undersigned has examined the files of the **Monroe County Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 220.16 01 BF Cpcs-3rd:Narc Drug Int/Sell **SEALED 160.50** | BF | No True Bill | 11/22/2022 |
| 2 | PL 220.16 12 BF Crim Poss Contr Sub/Narco **SEALED 160.50** | BF | No True Bill | 11/22/2022 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated:    **February 7, 2023**

_____
Chief Clerk/Clerk of the Court

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute. It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170.55, 170.56, 210.46, 210.47, or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.59 or 160.58 of the criminal procedure law, in connection with the licensing, housing, employment, including volunteer positions, or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170.55 or 170.56, 210.46, 210.47 or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. An individual required or requested to provide information in violation of this subdivision may respond as if the arrest, criminal accusation, or disposition of such arrest or criminal accusation did not occur. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal procedure law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. For purposes of this subdivision, an action which has been adjourned in contemplation of dismissal, pursuant to section 170.55 or 170.56, 210.46, 210.47 or 215.10 of the criminal procedure law, shall not be considered a pending action, unless the order to adjourn in contemplation of dismissal is revoked and the case is restored to the calendar for further prosecution. [Executive Law 296(16)]

Charges may not be the same as the original arrest charges.

CPL 160.50:         All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.

23CV247-JLS

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| | |
|---|---|
| (a) PLAINTIFFS Diamond Bussey 22B0119 | DEFENDANTS Shaun Moore 4568, Joseph Judd 4323 |
| (b) County of Residence of First Listed Plaintiff Chemung<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant Monroe<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number)<br>Pro Se Diamond Bussey 22B0119<br>1879 Davis Street Elmira, N.Y. 14902-0500 | Attorneys (If Known) |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability / ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander / ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment ☒ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 42 U.S.C. §1983
Brief description of cause: Civil Rights Action

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 600,000.00    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)    JUDGE _____    DOCKET NUMBER _____

DATE 3/13/23    SIGNATURE OF ATTORNEY OF RECORD Dilly Pro Se 22B0119

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

FIRST-CLASS MAIL

neopost<sup></sup>
03/17/2023
US POSTAGE $001.98°

ZIP 14901
041L11251115

Elmira

Correctional Facility

ELMIRA
CORRECTIONAL
FACILITY



USDC-MOND
MAR 20 2023
ROCHESTER N.Y.

ELMIRA CORRECTIONAL & RECEPTION CENTER
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

Diamond Bussey 22B0119

United States District Court Clerk
2120 U.S. Courthouse
100 State Street
Rochester, N.Y. 14614-1387

Le

E.C.F. LAW LIBRARY
Privileged Legal Materials