UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DIAMOND BUSSEY,

      Plaintiff,

    v.                                                      23-CV-247 (JLS) (HKS)

SHAUN MOORE, JOSEPH JUDD,
UNDERCOVER MONROE COUNTY
SHERIFF'S DEPUTY (JOHN DOE),

      Defendants.

_____

## DECISION AND ORDER

*Pro se* Plaintiff Diamond Bussey filed a complaint seeking relief under 42 U.S.C. § 1983 based on his arrest by Monroe County Sheriff's Deputies Shaun Moore and Joseph Judd, as well as an unnamed undercover Monroe County Sheriff's Deputy. Dkt. 1. The case has been referred to United States Magistrate Judge H. Kenneth Schroeder, Jr. for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 14.

On April 14, 2025, Plaintiff filed a motion for leave to file a second amended complaint seeking to add the following new defendants and/or claims: (1) Sgt. Shaun LeClair: fabricated evidence, failure to intervene, and malicious prosecution; (2) Technician Ryan Arnold: fabricated evidence and malicious prosecution; (3) John Doe #3: failure to intervene; (4) Assistant District Attorney Patrick Gallagher: malicious prosecution; and (5) Shaun Moore and Joseph Judd: fabricated evidence and malicious prosecution. Dkt. 27. Defendants filed a response which opposed all

amendments except for the falsified evidence allegations against Defendants Moore and Judd. *See* Dkt. 42-1 at 8.[1]

On February 26, 2026, Judge Schroeder issued a Report, Recommendation, and Order ("R&R") that (1) recommended that this Court deny Plaintiff's motion for leave to file a second amended complaint as to the malicious prosecution claim against Assistant District Attorney Patrick Gallagher but grant it in all other respects; and (2) ordered that Plaintiff's motion to seal (Dkt. 46) is denied. Dkt. 47.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on its *de novo* review, the Court accepts Judge Schroeder's recommendation and affirms his order.

For the reasons above and in the R&R, Plaintiff's [27] motion for leave to file a second amended complaint is DENIED as to the malicious prosecution claim against Assistant District Attorney Patrick Gallagher and GRANTED in all other

---

[1] Page numbers refer to the CM/ECF generated numbering in the header of each page.

respects.  The Court also affirms Judge Schroeder's order denying Plaintiff's [46] motion to seal.  The Court refers the case back to Judge Schroeder for further proceedings consistent with the referral order at Dkt. 14.


SO ORDERED.

Dated:      July 1, 2026
            Buffalo, New York

                                        _____

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

3